FILED 31 AUG '11 14:18 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VERNON W. MILLER, | Case No. CV 09-1526 JE |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

REDDEN, District Judge:

On June 13, 2011, Magistrate Judge John Jelderks issued his Findings and Recommendation (doc.29) in the above-captioned case, recommending that the court affirm the decision of the Commissioner, and dismiss this action with prejudice.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rules of

PAGE 1 - OPINION AND ORDER

Civil Procedure 72(b) and 54(d)(2)(D). The magistrate judge makes recommendations to the district court, and any party may file written objections to those recommendations. 28 U.S.C. § 636(b)(1)(C). When a party timely objects to any portion of the magistrate's Findings and Recommendation, the district court must conduct a <u>de novo</u> review of the portions of the Findings and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). The district court may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate with instructions." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The district court is not required to review <u>de novo</u> the factual and legal conclusions to which the parties do not object. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003).

Plaintiff filed objections to Magistrate Judge Jelderks's Findings and Recommendation. I have, therefore, given those portions of the Findings and Recommendation <u>de novo</u> review. I agree with Magistrate Judge Jelderks's analysis and conclusions.

///

///

///

///

///

///

PAGE 2 - OPINION AND ORDER

Plaintiff asserts the same arguments addressed by the Magistrate Judge. Accordingly, I adopt the Findings and Recommendation as my own opinion. I affirm the decision of the Commissioner, and DISMISS this action with prejudice.

IT IS SO ORDERED.

DATED this 29 day of August, 2011.

*Malcolm F. Marsh for*
James A. Redden
U.S. District Court Judge